Page 1 of 1

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

CHUKWUMA E. AZUBUKO, et al.,

    Plaintiffs,

v.

CASE NO. 4:04cv481-RH/WCS
MAGISTRATE JUDGE Bowler

URBAN EDGE PROPERTY MANAGEMENT, et al.,

    Defendants.

_____/

## ORDER FOR TRANSFER

This matter is before the court on the Magistrate Judge's Report and Recommendation (document 4) and the objections thereto (document 5). I have reviewed *de novo* the issues raised by the objections. Upon consideration,

IT IS ORDERED:

The Report and Recommendation is ACCEPTED and adopted as the opinion of the court. This matter is hereby transferred to the United States District Court for the District of Massachusetts. The clerk shall take all actions necessary to effect the transfer.

SO ORDERED this 5th day of January, 2005.

    s/Robert L. Hinkle
    Chief United States District Judge

# U.S. District Court
# Northern District of Florida - District Version 2.3 (Tallahassee)
## CIVIL DOCKET FOR CASE #: 4:04-cv-00481-RH-WCS
### Internal Use Only

AZUBUKO et al v. URBAN EDGE PROPERTY MANAGEMENT et al
Assigned to: CHIEF JUDGE ROBERT L HINKLE
Referred to: MAGISTRATE JUDGE WILLIAM C SHERRILL, JR
Cause: 42:1983 Civil Rights Act

Date Filed: 12/01/2004
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

CHUKWUMA E AZUBUKO          represented by CHUKWUMA E AZUBUKO
                                            PO BOX 1351
                                            BOXTON, MA 02117
                                            PRO SE

**Plaintiff**

CHISOM O AZUBUKO            represented by CHISOM O AZUBUKO
                                            PRO SE

**Plaintiff**

NNEMDI O AZUBUKO            represented by NNEMDI O AZUBUKO
                                            PRO SE

**Plaintiff**

PRECIOUS OKEREKE            represented by PRECIOUS OKEREKE
                                            PO BOX 351
                                            BOSTON, MA 02117-1351
                                            PRO SE

V.

CERTIFIED A TRUE COPY
WILLIAM M. McCOOL, Clerk
By: _____ Deputy Clerk

**Defendant**

URBAN EDGE PROPERTY MANAGEMENT

**Defendant**

CATHERINE F DOWNING
*Attorney*

**Defendant**

JEFFREY M WINIK
*First Justice Boston's Housing Court*

**Defendant**

COMMISSIONER OF POLICE
*City of Boston*

**Defendant**

ROSCOE BEDUGINS & ASSOCIATES

**Defendant**

LINN A WEISSMAN
*Deputy Clerk, USDC, Massachusetts*

**Defendant**

COMFORT INN - DORCHESTER

**Defendant**

THE 1810 REALTY GROUP

| Date Filed | # | Docket Text |
|---|---|---|

| | | | |
|---|---|---|---|
| 12/01/2004 | | ●1 | COMPLAINT against all defendants, filed by CHUKWUMA E AZUBUKO.(als, Tallahassee) (Entered: 12/02/2004) |
| 12/01/2004 | | ●2 | CIVIL COVER SHEET. (als, Tallahassee) (Entered: 12/02/2004) |
| 12/01/2004 | | ●3 | SEALED MOTION - IFP by CHUKWUMA E AZUBUKO. (als, Tallahassee) (Entered: 12/02/2004) |
| 12/01/2004 | | ● | Judge ROBERT L HINKLE and WILLIAM C SHERRILL added. (als, Tallahassee) (Entered: 12/02/2004) |
| 12/02/2004 | | ● | Notice to Pro Se (als, Tallahassee) (Entered: 12/02/2004) |
| 12/02/2004 | | ● | ACTION REQUIRED BY CHAMBERS: Chambers of Judge MAGISTRATE WILLIAM C SHERRILL notified that action is needed Re:1 Complaint filed by CHUKWUMA E AZUBUKO, 3 SEALED MOTION filed by CHUKWUMA E AZUBUKO, MOTIONS REFERRED to Judge MAGISTRATE WILLIAM C SHERRILL: 1 Complaint, 3 SEALED MOTION (als, Tallahassee) (Entered: 12/02/2004) |
| 12/15/2004 | | ●4 | REPORT AND RECOMMENDATIONS re 1 Complaint filed by CHUKWUMA E AZUBUKO, : It is recommended that action be transfered to USDC for the District of Massachusetts for all further proceedings Objections to R&R due by 1/12/2005. Signed by Judge WILLIAM C SHERRILL JR on 12/15/04. (als, Tallahassee) (Entered: 12/15/2004) |
| 12/30/2004 | | ●5 | Plaintiffs' Opposition to Case Transfer To Massachusetts OBJECTION to 4 Report and Recommendations by CHUKWUMA E AZUBUKO, CHISOM O AZUBUKO, NNEMDI O AZUBUKO, PRECIOUS OKEREKE. (dlt, Tallahassee) (Entered: 12/30/2004) |

| 01/05/2005 | ●6 | ORDER re 4 REPORT AND RECOMMENDATIONS re 1 Complaint filed by CHUKWUMA E AZUBUKO, : It is recommended that action be transfered to USDC for the District of Massachusetts for all further proceedings. Signed by Judge ROBERT L HINKLE on 1/5/05. (als, Tallahassee) (Entered: 01/05/2005) |