UNITED STATES' DISTRICT COURT
DISTRICT OF MASSACHUSETTS

OKEREKE ET AL. -          )    CIVIL ACTION NUMBER:
    Plaintiff             )    05-CV- 10066-GAO
                          )
                          )
    v.                    )
                          )
URBAN EDGE PROP. MGT. ET. AL. -  )
    Defendants            )
                          )

## CASE'S STATUS

The Plaintiff was terribly sorry for the obvious inconvenience he originated vis-à-vis the subject matter. The Plaintiff was aware that the head was not a baptismal or first inquiry he had made. Could the Court assuage his concern?

## CONCLUSION

The Plaintiff would appreciate it if the Court would find time to educate him on the head promptly. Reticence never augured well for mankind -- individually or collectively. Could dialogue prevail?

Respectfully submitted from Boston – Massachusetts on Saturday – August 27th – 2005.

_[signature]_
CHUKWUMA E. AZUBUKO
Pro Se,
P. O. Box 1351,
Boston – MA 02117-1351.
Telephone: (617) 265 6291