P O Box 1351
Boston – MA 02117-1351

Tuesday – May 30th – 2006

Office of the Clerk
United States' District Court
Massachusetts' District
1 Courthouse Way – Suite 2300
Boston – MA 02210



**RE: AZUBUKO V URBAN EDGE PROPERTY MANAGEMENT: CIVIL NUMBER 05-10066-GAO**

Dear Sir/Madam

CASE'S STATUS

I would appreciate it if you could find time to act in keeping with the head.

Thank you very much!

Yours truly

CHUKWUMA E AZUBUKO
Pro Se