UNITED STATES' DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2006 JUN 15  P 12: 25

U.S. DISTRICT COURT
DISTRICT OF MASS

CIVIL ACTION NUMBER:
1:05-CV-10066-GOA

AZUBUKO, ET AL. - )
   Plaintiffs )
)
v. )
)
URBAN EDGE PROPERTY MGT., ET. AL )
   Defendants )

**PLAINTIFFS' EFFUSIVE MOTION FOR NEW TRIAL**

The Plaintiff received the Court's response to their request vis-à-vis the status of the proceedings dated June 6th, 2006 and postmarked self-same date on the 7th *instant*. Earnestly or with absolute good faith, the Plaintiffs prayed for the head. Regrettably, the Plaintiffs had to use the word '.. New Trial' owing to circumstances beyond their control. In essence, it was the closest the Plaintiffs could get from the law, because the dismissal associated with no trial originally. The Burger King's administration of justice prevailed. The prayer hinged not on feelings, but thinkings. [28 U.S.C. Section 2515]

**CONCLUSION**

Despite the Court's characteristic deprivations of the Plaintiffs Equal Protection and Due Process Clauses, the Plaintiffs hoped that "Justice will be done and be seen to be done," at that juncture! Historically, 'nobody has been allergic to justice hence justice is likenable to water and air.' Or, could there be someone allergic to water and air? If a yes answer, then the person would be allergic to life too!

Respectfully submitted,

CHUKWUMA E. AZUBUKO & OTHERS,
Pro Se,
P. O. Box 1351,
Boston – MA 02117-1351.
Telephone: (617) 265 6291.

## CERTIFICATE OF SERVICE

The Plaintiffs did not serve the head to the Defendants. The never filed their Answer to the Complaint. Regrettably, the Court made it possible!

_____
CHUKWUMA E. AZUBUKO & OTHERS,
Pro Se.