UNITED STATES' DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AZUBUKO, ET AL. - <br> Plaintiffs <br><br> v. <br><br> URBAN EDGE PROPERTY MANAGEMENT, ET AL. - <br> Defendants | ) CIVIL ACTION NUMBER: <br> ) 1:05-CV-10066 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### PLAINTIFF'S SECOND MOTION FOR NEW TRIAL/RE-OPENING

The Plaintiff prayed the Court "To touch the sorest points with sweetest terms." [Shakespeare] The measures the Plaintiffs embarked upon had nothing to do with abusive filing or untimeous these or those. The injustice never originated from the Plaintiffs. Who had the moral authority to cry? The owner of the farm or the patridge? The Plaintiffs would count their teeth with their tongues when the Court set their prayer in motion. Law hinged on scientific principles and not abracadabra.

Importantly and emphatically, statute of limitations should not be bases for denial of anyone Equal Protection and Due Process Clauses. Supreme Court's precedents spoke for themselves.

### CONCLUSION

Hopefully, "Justice will be done and be seen to be done," at all material times!

Respectfully submitted on Monday – October 09th – 2006.

*[signature]*

CHUKWUMA E. AZUBUKO,
Pro Se,
P. O. Box 1351,
Boston – MA 02117-1351.
Telephone: (617) 265 6291.