**UNITED STATES' DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**NUMBER: 1:05cv-10066**

**AZUBUKO ET AL -**
**Plaintiff**

v

**URBAN EDGE PROPERTY MANAGEMENT ET AL –**
**Defendants**

**UNCONSTITUTIONAL DENIAL OF APPEAL NOTICES**

Importantly, the proceedings associated with landlord-tenant dispute. The proceedings had two docket numbers – **04-11991-GAO** and **1:05-cv-10066**. The primary Plaintiff to the former docket number was Ms. *Okereke* and the latter was *Azubuko*.
Notice of appeal had been filed on both proceedings and they were ignored. Former docket number associated with remand of the proceedings to the Boston's Housing Court. It was A pre-eviction proceedings commencement. Despite the Court's Remand Order, the Attorney to the Defendant advised to the contrary – proceeded with eviction. The case was heard with extraordinary speed – the next day it was filed – the Plaintiffs were absent. In essence, the eviction prevailed in spite of the Court's remand order. The Court had been informed that the Defendant flouted its Order and the Court did <u>nothing</u>. Fair administration of justice or incubator for injustice!
The Undersigned called the Court and spoke with Clerk to Judge O'Toole last week. From what she said, the appeal would not be acted upon central to the Plaintiff's failure to seek approval from the Court prior to filing the notice. What a crass unconstitutional condescension in the 21st Century! The Mobutunization and Sadamnization of justice in the United States resoundingly defied logic. Such a measure lent itself to stark violation of the law. It unquestionably had chilling effects . [1st Amendment; *Bounds v. Smith*, 430 U.S. 817 (1977)]
The commitment to the impartial rule of law should not be tergiversated! The Plaintiff's access to court should be seen as an irreducible minimum constitutional right. No sane wo/man should deprive anyone such a right! The condescension typified treason and abuse of process. [28 U.S.C. Sections 1343 1491] Denial of well-established constitutional rights enjoyed no judicial immunity! [*Hope v. Pelzer* (01-309) 536 U.S. 730 (2002)]

1

**CONCLUSION**

The importance of Equal Protection and Due Process Clauses would not be over-emphasized! Sweeping impartial rule of law under the carpet would be purely unintelligent and unscientific. Could "Justice be done and heaven may fall?" The denial of access to courts lent itself to unfavorable numberless conclusions. The continued apartheid and vacuous jurisprudence styles should be checked expeditiously [without more]

Respectfully submitted on Monday – February 11th – 2008

_____
CHUKWUMA E AZUBUKO
Pro Se
P O Box 1351
Boston – MA 02117-1351
Telephone: (617) 265 6291


**CERTIFICATE OF SERVICE**

The Plaintiff certified that a true copy of the head was served upon the Attorney record for the Court via the United States' Postal Service pre-paid first-class mail, thus:

The Attorney General of the United States
Department of Justice
950 Pennsylvania Avenue – NW
Washington DC 20530-0001

_____
CHUKWUMA E AZUBUKO
Pro Se

2